

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-18-00700-CV

**IN RE** Stephen Patrick **BLACK**

Original Mandamus Proceeding[1]

### ORDER

    Relator, Stephen Patrick Black, filed a petition for a writ of mandamus on October 9, 2018, and the State of Texas has filed a response. In accordance with the court's opinion of this date, the writ of mandamus requested by relator is CONDITIONALLY GRANTED IN PART. We ORDER the Honorable Gary L. Steel to rule, within ten days of the date of this order, on Relator's Motion to Appoint Counsel that was filed on January 5, 2018. The writ will issue only if we are notified that Judge Steel has not complied within ten days from the date of this order.

    In all other respects, Relator has not shown himself entitled to the relief sought, and the petition for a writ of mandamus is in all other respects therefore DENIED.

    It is so **ORDERED** on December 5, 2018.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. CV-15-1805, styled *In re Commitment of Stephen Patrick Black*, in the 274th Judicial District Court, Guadalupe County, Texas, the Honorable Gary L. Steel presiding.